To District Clerk

FILED
APR 02 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

3-27-20

I, Tara Ponceroff am asking for an application for a court appointed lawyer. Thank you for your time.

*Tara Ponceroff* (signature)

1:18cr40
1:20cv38

Tara Ponceroff
12604-087  3 South
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127