FILED
SEP 10 2021
U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

1:18cr40

I am writing you today to ask for help with my case. I am serving a 30 year sentence for Aiding and abetting production of child pornography at FMC Carswell. I am seeking help for reduction in sentence or resentencing hearing. I do not understand the "Justice" System and need the help and guidance to keep fighting my case. The man involved in my case recived 24 years for the same crime although he had other crimes found on him plus a criminal history. Richard Walker, my Attorney at the time said justice was not served for me. He did not have a fair chance to fight for me. My Judge would just not listen to any of it. She had her mind made up in the begginning of the case. I am basically facing a life sentence. 30 years in prison being mentally and sometime physically tortured for my crime then to be let out with the fear of what will happen. I will be released at an old age with no job experience plus trouble getting a job with my backround, no life experience and nowhere to go home to. I also have health issues that are not being taken care of. I have a thyroid disorder and have yet to get medication I need for it. I have lumps in my throat that is causing serious problems like neck pain, trouble swallowing, trouble breathing, and throat pain that I have been complaining about for months and they just will not take it seriously. The lumps are big and visiable. I did not see my doctor for a year and seven months before I had to write a grievance form to see her. Then she tells me my thyroid is healed which cannot be true. This is a health care facilaty that does not take care of health care needs. If there is anything else you need to know you can contact me or contact my mother Trisha Tharpe at 304-612-8930. Any help from you will be greatly appreciated. Thank you for your Time.