**FILED**

OCT 07 2021

U.S. DISTRICT COURT
ELKINS WV 26241

1:18cr40        10/3/21

My name is Tara Ponceroff I am 29 years old and I am currently serving 30 years for aiding and abbetting production of child pornography at FMC Carswell in Texas. I am from Morgantown, WV where I also caught my charge. I am seeking help for a sentence reduction or resentencing or anything to help lessen my time. The man involved in my crime recieved 24 years for the same crime although they found more on him plus a criminal history. I do not understand the "Justice System" and need help with fighting this sentence. My attorney did not have a fair chance at fighting my case. The Judge would not listen to my attorney's arguement. He could barely finish his sentence without being interrupted. I feel she had her mind made up at the begginning of this case. I was arrested at 26 and will be out at 56, just thrown back into a life I won't understand anymore. No job experience and limited places I can work and live. Who knows what family I will have to help me at the age 56, but right now I still have everybody I had before. I will have no life experience because 30 years in prison is the only life I will know. After 30 years in prison would it be best for me to leave? That's a question I ask myself often. I know many murders with less time than me and will get out to start their lives over. Mine will be a struggle, a whole different world with too many restrictions. I have so much guilt and remorse, so much sorrow in my heart that will never go away. I will never accept what I have done or forgive myself. I will never truly be happy or love myself again. It's hard to live with what I've done and it is a lifetime punishment

If you think you could help me or guide me to someone who could help me I would be very thankful. I cannot email due to my charge, one of the many punishments I must face, so letters and phone calls will be the only way to keep in contact. I will be looking forward to a letter from you. Thank you for your time.

*Tara Ponceroff*